IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DOLOMA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DUNKIN DONUTS, LLC, et al.,<br><br>　　　　　　Defendants. | Civil No. 06-2987 (JEI) |

## AMENDED SCHEDULING ORDER

　　　　This Scheduling Order confirms the directives given to counsel at the settlement conference on August 28, 2008; and the Court noting the following appearances: John H. Maucher, Esquire, appearing on behalf of plaintiffs; and David E. Worthen, Esquire, appearing on behalf of defendants.

　　　　IT IS this **28th** day of **August, 2008,** hereby ORDERED:

　　　　1.   The Court will conduct a telephone status conference on **September 18, 2008 at 2:30 p.m.**  **Defendant is directed to contact the Court 15 minutes before the scheduled conference call to discuss defendant's settlement position**.  Plaintiff's counsel shall initiate the telephone conference.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER RULE 16(f), FED. R. CIV. P.**

　　　　　　　　　　　　　　　　　　s/ Joel Schneider
　　　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge